## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:  1:18-cv-01073-MJW

Delbert Duane Smith-Owens,

      Plaintiff,

v.

CoraFaye's, LLC d/b/a CoraFaye's Cafe,

      Defendant.

---

### STIPULATION OF DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to Fed. R. Civ. P.  41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

Dated: November 21, 2018

| | |
|---|---|
| */s/ Tamra Givens* | */s/ Gregory R. Creer* |
| Tamra Givens, Esq. | Gregory R. Creer, Esq. |
| LEMBERG LAW LLC | Bickford Law, LLC |
| 43 Danbury Road | 6950 E. Belleview Ave., Suite 103 |
| Wilton, CT 06897 | Greenwood Village, CO 80111 |
| Telephone: (203) 653-2250 | Telephone:  (303) 514-3436 |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By */s/ Tamra Givens*
                                                Tamra Givens, Esq.